■ The People of the State of New York, Respondent, v Mark Stevens, Appellant. [737 NYS2d 903] —Appeal from a judgment of Erie County Court (Pietruszka, J.), entered December 1, 1999, convicting defendant upon his plea of guilty of attempted sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733, 737). Present—Hayes, J.P., Wisner, Hurlbutt, Burns and Lawton, JJ.